IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00316-PSF-BNB

KERRY APPEL, an Individual,
d/b/a The Human Bean Company, a Colorado corporation,

    Plaintiff,

v.

CASEY HAWKINS, INC., an Oregon corporation,
d/b/a The Human Bean Drive Thru,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice (Dkt. # 18). The Court having considered the Stipulated Motion to Dismiss, hereby

ORDERS that this action be dismissed with prejudice, each party to pay his, her or its own costs and attorneys' fees.

DATED:  June 23, 2005

                        BY THE COURT:

                        s/ Phillip S. Figa
                        _____
                        Phillip S. Figa
                        United States District Court Judge